UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| DELTEK, INC.<br><br>Plaintiff,<br><br>v.<br><br>IUVO SYSTEMS, INC., et al.<br><br>Defendants | Case No. 1:09CV330 (AJT/JFA) |

**DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants Iuvo Systems, Inc., Edward Muldrow, Tom Truong and Lynn Varan (collectively referred to herein as "Defendants") request this Court, for the reasons more fully set forth in the accompanying Memorandum in Support of Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction, to deny Plaintiff Deltek, Inc.'s ("Plaintiff") Motion for Preliminary Injunction and enter the order attached hereto.

WHEREFORE, Defendants Iuvo Systems, Inc., Edward Muldrow, Tom Truong and Lynn Varan respectfully request that this Court deny Deltek, Inc.'s Motion for Preliminary Injunction and grant it any further relief deemed just and proper.

Respectfully submitted,

/s/ Christopher A. Glaser
William F. Krebs, Esquire
Virginia Bar No. 17347
Christopher A. Glaser, Esquire
Virginia Bar No. 43491
Attorney for Defendants Iuvo Systems, Inc.,
     Edward Muldrow, Tom Truong, and
     Lynn Varan
BEAN, KINNY & KORMAN, P.C.
2300 Wilson Blvd., Seventh Floor
Arlington, VA 22201
Phone:  703-525-4000
Fax:     703-525-2207

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd Day of April, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will then send a notification of such filing to the following:

Charles B. Wayne, Esq.
charles.wayne@dlapiper.com
Elisha A. King, Esq.
Elisha.king@dlapiper.com
Jamie M. Konn, Esq.
Jamie.konn@dlapiper.com
DLA Piper LLP
500 Eighth Street, NW
Washington, DC 20004
(202) 799-5000 (telecopier)

        /s/ Christopher A. Glaser
        Christopher A. Glaser, Esquire
        Virginia Bar No. 43491
        Attorney for Defendants Iuvo Systems, Inc.,
            Edward Muldrow, Tom Truong, and
            Lynn Varan
        BEAN, KINNEY & KORMAN, P.C.
        2300 Wilson Blvd., Seventh Floor
        Arlington, VA 22201
        Phone:  703-525-4000
        Fax:     703-525-2207
        cglaser@beankinney.com