IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DELTEK, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IUVO SYSTEMS, INC., *et al.* )<br>)<br>)<br>Defendants. )<br>) | No. 1:09-cv-330 (AJT/JFA) |

## **PRELIMINARY INJUNCTION ORDER**

On April 8, 2009, this Court held a hearing on Plaintiff's Motion for Preliminary Injunction (Doc. No. 3), at which time it considered the Verified Complaint filed herein, the memoranda, sworn declarations, and exhibits filed in support thereof, the memoranda, sworn declarations, and exhibits filed in opposition thereto, and the testimony, exhibits, and the oral argument of counsel for both Plaintiff and Defendants received in open court, upon consideration of which this Court granted the Motion in part pursuant to findings of fact and conclusions of law stated in accordance with Fed. R. Civ. P. 52(a)(2), and otherwise took the Motion under advisement. For the reasons stated in open Court, it is this 8th day of April, 2009:

ORDERED pursuant to Fed. R. Civ. P 65(a) that Plaintiff's Motion for Preliminary Injunction (Doc. No. 3) be, and the same hereby is, GRANTED in part; and it is

FURTHER ORDERED, pending further order of this Court, that Defendants, their officers, directors, agents, employees, and all persons in active concert or participation with them be, and the same hereby are, enjoined from:

1. Using the web domain names "www.installdek.com" and "www.installdeltek.net"

2. Using in the "www.iuvosystems.com" website the phrases "Deltek Upgrade," "We Provide Deltek Solutions," and "Technology Consultants With Deltek Experience" and

3. Using as metatags for any website associated with the Defendants' business activities any Deltek trademarks or trade names including, but not limited to, "Deltek Costpoint," "Deltek Time Collection," "Deltek Install," "Deltek Hosting," and "Deltek Consulting" and it is

FURTHER ORDERED that Plaintiff shall post security pursuant to Fed. R. Civ. P. 65(c) in the amount of $500.

Alexandria, Virginia
April 8, 2009

/s/
Anthony J. Trenga
United States District Judge

2