IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DELTEK, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:09cv330 (AJT/JFA) |
| ) | |
| IUVO SYSTEMS, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon consideration of Plaintiff's Motion for Preliminary Injunction (Doc. No. 3), the memoranda, exhibits and affidavits filed in connection therewith, the allegations in Plaintiff's Verified Complaint, and the oral argument of counsel and sworn testimony presented in open court on April 8, 2009, and for the reasons stated in open court and in the accompanying Memorandum Opinion, it is hereby

ORDERED that Plaintiff's Motion for Preliminary Injunction (Doc. No. 3) be, and the same hereby is, GRANTED in part and DENIED in part; it is

FURTHER ORDERED that the Court incorporates and reaffirms its April 8, 2009 Preliminary Injunction Order granting the following relief requested in Plaintiff's Motion for Preliminary Injunction (Doc. No. 3) and ordering that, pending further order of this Court, Defendants, their officers, directors, agents, employees, and all other persons in active concert or participation with them be, and the same hereby are, enjoined from:

1. Using the web domain names "www.installdeltek.com" and "www.installdeltek.net";

2. Using in the "www.iuvosystems.com" website the phrases "Deltek Upgrade," "We Provide Deltek Solutions," and "Technology Consultants With Deltek Experience"; and

3. Using as metatags for any website associated with the Defendants' business activities any Deltek trademarks or trade names including, but not limited to, "Deltek Costpoint," "Deltek Time Collection," "Deltek Install," "Deltek Hosting," and "Deltek Consulting"; and it is

FURTHER ORDERED that all other relief requested in Plaintiff's Motion for Preliminary Injunction (Doc. No. 3) be, and the same hereby is, DENIED.

_____
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
April 20, 2009

2